1   BOIES SCHILLER FLEXNER LLP
    RICHARD J. POCKER, ESQ.
2   Nevada Bar No. 3568
3   300 South Fourth Street, Suite 800
    Las Vegas, Nevada 89101
4   Telephone (702) 382-7300

5   Attorneys for Defendant
6     ALEXANDRU ION

7

8                       UNITED STATES DISTRICT COURT

9                        FOR THE DISTRICT OF NEVADA

10

11  UNITED STATES OF AMERICA,          )
                                       )
12                    Plaintiff,       )        Case No.: 2:12-cr-00004-APG-EJY
                                       )
13  v.                                 )
                                       )
14  ALEXANDRU ION,                     )
                                       )
15                    Defendant.       )
                                       )
16  _____   )

17

18              **STIPULATION AND ORDER TO CONTINUE**
            **CONSOLIDATED CHANGE OF PLEA AND SENTENCING HEARING**
19                          **(First Request)**

20          IT IS HEREBY STIPULATED AND AGREED, by and between Defendant

21  ALEXANDRU ION, by and through his attorney (Richard J. Pocker, Esq. of the law firm of

22  Boies Schiller Flexner LLP), and the Plaintiff UNITED STATES OF AMERICA (hereinafter,

23  "the Government"), by and through its attorney Chad McHenry, Esq., Trial Attorney with the

24  U.S. Department of Justice Organized Crime and Gang Section of the Criminal Division, that

25  the consolidated Change of Plea and Sentencing Hearing in the present case be continued to

26  August 12, 2020 or a date no more than twenty-one (21) days from the date of this stipulation.

27          This Stipulation is entered for the following reasons:

28

                                          1

1.      The present case has been set for a Change of Plea Hearing on July 29, 2020. On July 24, 2020, the parties filed a Joint Motion to Waive the Presentence Investigation, seeking to consolidate the entry of Defendant ION's plea with his sentencing.  On July 24, 2020, the Court granted the parties' Joint Motion.  Consequently, at present, Defendant will change his plea and be sentenced just one day after the date of this Stipulation.

2.      The parties, with the Court's approval, have agreed to proceed to sentencing without the preparation of a presentence investigation report.  Nevertheless, Defendant ION and his counsel require a very brief fourteen (14) day continuance in Order to prepare Defendant ION's sentencing submission and statement, and to execute appropriate waivers of his in court presence.  The parties have been advised that the Court may be able to schedule the consolidated Hearing for August 12, 2020, and the parties request that it do so, or in the alternative, set the Hearing within 21 days of this Stipulation.

3.      Defendant ION is presently detained pending trial, and does not object to this short postponement given the importance of the imposition of sentence to his future.  In fact, granting the present Stipulation will enable him to make sure his sentencing statement is adequately crafted, and that the Court is effectively advised of pertinent facts and considerations.

4.      The additional time requested herein is not sought for purposes of delay, but merely to allow Defendant ION and his counsel sufficient time to prepare for the consolidated Hearing, especially in light of the restrictions on meetings and communications posed by the COVID-19 public health crisis.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

5.      This is the first request to continue the consolidated Change of Plea and Sentencing Hearing in the present case, other than rescheduling initiated by the Court.

DATED this 28th day of July, 2020.

BOIES SCHILLER FLEXNER LLP

By: /s/ Richard J. Pocker
    RICHARD J. POCKER, ESQ.
    Counsel for Alexandru Ion

NICHOLAS TRUTANICH
United States Attorney

By: /s/ Chad McHenry
    CHAD McHENRY, ESQ.
    Trial Attorney with the U.S.
    Department of Justice Organized
    Crime and Gang Section of the
    Criminal Division

## ORDER

Based upon the pending Stipulation of counsel, and good cause appearing

IT IS HEREBY ORDERED that the consolidated Change of Plea and Sentencing Hearing in the present case be continued to August 12, 2020 at 1:00 p.m. in courtroom 6C.

DATED this 28th day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE